■ JOSEPH TURANO, Appellant, v. ROGER A. THOMPSON et al., Defendants. DAVID A. GOLDNER, Respondent.— In a negligence action to recover damages for personal injury, plaintiff appeals from so much of an order of the Supreme Court, Queens County, dated July 19, 1962, granting his motion for the substitution of another attorney, as directed: (a) that respondent, plaintiff's former attorney, be compensated for the services rendered by him; and (b) that the quantum of such compensation shall be fixed by the court at the conclusion of the action. Order, insofar as appealed from, affirmed, without costs. No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ DORIS T. WASHBURN, Respondent, v. JOHN G. WASHBURN, Appellant. — In an action by a wife for a judicial separation, the defendant husband appeals from an order of the Supreme Court, Queens County, dated July 16, 1962, which granted the wife's motion for temporary alimony and counsel fee; which directed the husband to pay alimony of $35 a week and a counsel fee of $350, with leave to plaintiff " to apply for a further allowance of counsel fees at any time during the pendency of the action "; and which further directed that the action be placed on the Trial Calendar for the October 1962 Term of court. Order affirmed, without costs. No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ WALTER GROSS, Appellant, v. GEORGE N. WISE, Respondent.— Appellant moves for reargument of appeal heretofore decided by this court on April 23, 1962 (see 16 A D 2d 682). Reargument is sought on the basis of the subsequent decision by the Court of Appeals in another malpractice action involving the application of the Statute of Limitations (*Borgia* v. *City of New York*, 12 N Y 2d 151). Motion for reargument granted. The reargument of the appeal will be heard at the March Term, beginning March 4, 1963; the appeal is ordered on the calendar accordingly. Appellant is directed to file and serve his brief on or before February 13, 1963. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.